# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR401** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **HECTOR NUNEZ-MARTINEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jeffrey L. Thomas, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Hector Nunez-Martinez [22]. Since retained counsel, Ernest H. Addison, Jr. has entered an appearance for the defendant [18], the motion to withdraw [22] is granted. Jeffrey L. Thomas shall be deemed withdrawn as attorney of record and shall forthwith provide Ernest H. Addison, Jr. with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 9th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge