**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR401** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **HECTOR NUNEZ-MARTINEZ,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to suppress (Filing No. 25).

In light of the plea entered by the Defendant,

IT IS ORDERED that the Defendant's motion to suppress (Filing No. 25) is denied as moot.

DATED this 30th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge